385

pre severance pleadings was rendered moot because of our first decision.

Because the District Court erroneously assumed jurisdiction of Miller's request for declaratory judgment, we vacate the trial court's judgment and dismiss the appeal. Tex.R.App. P. 43.2(e). Our disposition of this issue pretermits consideration of the remaining issues.

QUINN, J., concurs in the result.

■

In re Charles E. HUTCHINSON.

No. 10–03–379–CV.

Court of Appeals of Texas,
Waco.

Dec. 31, 2003.

Charles E. Hutchinson, Dalhart, pro se.

Amber L. Adams, Austin, for Appellee/Respondent.

Before Chief Justice GRAY, Justice VANCE, and Judge ALLEN (Sitting by Assignment).[1]

**OPINION**

**PER CURIAM.**

The petition for writ of mandamus is denied.

■

**CAROUSEL'S CREAMERY,
L.L.C., Appellant,**

v.

**MARBLE SLAB CREAMERY,
INC., Appellee.**

No. 01–02–00690–CV.

Court of Appeals of Texas,
Houston (1st Dist.).

Jan. 15, 2004.

Rehearing Overruled May 6, 2004.

---

1. George Allen, Judge of the 54th District Court of McLennan County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h) (Vernon Supp.2004).